IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack B Keenan, | No. CV-18-01590-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Special Health Care District, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Statement of Discovery Dispute (Doc. 115). The matter relates to ongoing discovery of digital records subject to a Protocol Agreement. (*See* Doc. 74).

Plaintiff requests that the term "'Keenan' be run as a stand-alone search term." (Doc. 115 at 1). Defendants argue that this request was made and denied by a previous Order. (*Id.*) It is true that Plaintiff has already made this request and that the Court has already denied it. (Doc. 74 at 2) (ordering that the parties shall search for documents that contain "'Keenan' OR 'Jack" AND any of the following terms: 1) probation 2) termination 3) due process 4) hearing 5) appeal and 6) recording").

By calling Defendant's position "unreasonable," (Doc. 115 at 1), Plaintiff argues by implication that the Court's prior Order is unreasonable, which makes Plaintiff's request a poorly masked motion to reconsider. Plaintiff does not show that the prior Order was the result of manifest error, nor does Plaintiff present new facts or new legal authority. *See* LRCiv 7.2(g)(1). The Court sees no reason to reconsider the prior learned Court's Order.

The parties shall abide by the search terms established by the Court.  (Doc. 74).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request in the Joint Statement of Discovery Dispute (Doc. 115) is **denied**.  The Court's Order (Doc. 74) is affirmed.

Dated this 24th day of March, 2021.

Honorable Diane J. Humetewa
United States District Judge